IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TERESA BELL and NICHOLAS BELL,<br>    Plaintiffs,<br><br>  v.<br><br>ABLE & SULLIVAN, LLC and RHONDA SULLIVAN,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-1851 |
|---|---|

### ORDER

**AND NOW** this 13th day of September, 2016, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Plaintiffs' Motion to Dismiss (ECF 8) is:

1.     **DENIED** as to all Counts of the Complaint as against Able & Sullivan, LLC;

2.     **GRANTED** as to claims against Rhonda Sullivan. Accordingly, the Complaint is **DISMISSED WITHOUT PREJUDICE** and with leave to file an Amended Complaint if Plaintiffs secure sufficient facts, within thirty (30) days.

Defendants' request to strike material from the Complaint is **DENIED**.

                                          BY THIS COURT:

                                          /s/ Michael M. Baylson

                                          MICHAEL M. BAYLSON
                                          United States District Court Judge

O:\CIVIL 16\16-1851 Bell v. Able & Sullivan LLC\Order on Memo re MTD and Strike.docx